LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| KEVIN A. KOHLBATZ,<br><br>   Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, SSA<br>Deputy Commissioner for Operations,<br><br>   Defendant. | No. EDCV 17 – 01157 JC<br><br><u>ORDER AWARDING EAJA FEES</u> |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND ONE HUNDRED FIFTY-NINE DOLLARS AND 57/100 ($2,159.57) subject to the terms of the stipulation.

DATE:    June 4, 2018                     /s/

                                      HON. JACQUELINE CHOOLIJAN,
                                      UNITED STATES MAGISTRATE JUDGE